BRIAN C. SHAPIRO
ATTORNEY AT LAW:  192789
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4756
TEL: 562/868-5886
FAX: 562/868-5491
Email:  brian_rohlfing.office@speakeasy.net

Attorney for DALINDA YBARRA

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DALINDA YBARRA,<br><br>  Plaintiff,<br><br>  v.<br><br>MICHAEL J. ASTRUE<br>Commissioner of Social Security,<br><br>  Defendant. | No.  1:08-CV-01133 SMS<br><br>STIPULATION TO DISMISSAL ;<br><br>ORDER |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure.  Each party shall bear his/her own costs and expenses.

///

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | DATED: January 22, 2009 | LAW OFFICES OF LAWRENCE D. ROHLFING |
| 2 | | */s/ - Brian C. Shapiro* |
| 3 | | _____ |
| 4 | | BRIAN C. SHAPIRO<br>Attorney for DALINDA YBARRA |
| 7 | DATED:  January 22, 2009 | McGREGOR W. SCOTT<br>United States Attorney |
| 11 | | *-Shea Bond* |
| | | _____ |
| 12 | | SHEA LITA BOND<br>SPECIAL ASSISTANT AUSA |
| 13 | | Attorney for Defendant |
| 14 | | [*By via email authorization on 1/22/09] |

-2-

-3-

1
2   IT IS HEREBY ORDERED, based on the stipulation by and between the
3   parties, through their respective counsel, that the court dismisses the above matter
4   without prejudice. Each side to bear his/her own costs and expenses, including but
5   not limited to attorney's fees.
6   IT IS SO ORDERED.
7   DATE:  1/22/2009

        /s/ Sandra M. Snyder
8       THE HONORABLE SANDRA M. SNYDER
        UNITED STATES MAGISTRATE JUDGE
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
PDF created with pdfFactory trial version www.pdffactory.com